In the Matter of LUCY KEARSE, as Administratrix of the Estate of GRACE CAPERS, Deceased, Respondent, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.